**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  14-cv-02676-LTB

JACOB GAUMER,

      Plaintiff,

v.

RED RIVER COLLECTION COMPANY, INC.,

      Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Notice of Voluntary Dismissal (Doc 5 - filed December 4, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                      BY THE COURT:

                        s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED:   December 5, 2014